The Honorable James L. Robart

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 9    LACEY MARKETPLACE ASSOCIATES II, LLC, a Washington limited liability company, | NO. 2:13-cv-00383-JLR |
| 10                    Plaintiff, | **PRETRIAL ORDER** |
| 11    v. | |
| 12    UNITED FARMERS OF ALBERTA CO-OPERATIVE LIMITED, et al., | |
| 13                    Defendants. | |
| 14 | |
| 15    BURLINGTON RETAIL, LLC, a Washington limited liability company, | NO. 2:13-cv-00384-JLR |
| 16 | |
| 17                    Plaintiff, | |
| 18    v. | |
| 19    UNITED FARMERS OF ALBERTA CO-OPERATIVE LIMITED, et al., | |
| 20                    Defendants. | |

21

Plaintiffs and defendants submit the following joint pretrial order in accordance with

22

Local Civil Rules 16 and 16.1.

23

**JURISDICTION**

24

This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332. Each plaintiff's

25

damages alleged exceed $75,000.

26

PRETRIAL ORDER - 1

NO. 2:13-cv-00383-JLR

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

**CLAIMS AND DEFENSES**

Plaintiffs intend to pursue the following claims at trial:

1.     Breach of lease against Wholesale Sports USA, Inc. ("Wholesale Sports").

2.     Intentional interference with contract/business expectancy against all defendants except Sportsman's and Wholesale Sports.

3.     Violation of the Uniform Fraudulent Transfer Act, RCW Chapter 19.40, against all defendants.

Defendants UFA and Sportsman's contend that Plaintiffs' claims under the UFTA are limited to claims against Sportsman's (for Wholesale's transfer of the Purchased Assets) and UFA (for Wholesale's transfer of a portion of the purchase proceeds). Because UFA was not a debtor to either Plaintiff, UFA's transfer of the Wholesale stock is not subject to claims of fraudulent transfer by either Plaintiff.

**ADMITTED FACTS**

1.     Lacey Marketplace Associates II, LLC ("Lacey Marketplace") is the owner of certain real property which is part of the Lacey Marketplace Shopping Center located in or near the City of Lacey in Thurston County, Washington.

2.     Burlington Retail, LLC ("Burlington Retail") is the owner of certain real property located in or near the City of Burlington in Skagit County, Washington.

3.     The landlord Lacey Marketplace and Sportsman's Warehouse, Inc. ("SW") entered into a commercial lease dated November 23, 2005 for the building and lease of an approximately 50,000 square foot retail store in Lacey, Washington ("Lacey Lease").

4.     The Lacey Lease was amended by a First Amendment to Lease dated April 29, 2006.

5.     Landlord SHDP Associates, LLC (now Burlington Retail) and SW entered into a commercial lease dated February 23, 2006 for the building and lease of an approximately

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

60,000 square foot retail store in Burlington, Washington ("Burlington Lease").

6. By letters dated March 11, 2009, UFA Holdings notified the Lacey Marketplace and Burlington Retail landlords that SW had assigned to UFA Holdings all of its right, title and interest in the Lacey Lease and Burlington Lease.

7. UFA Holdings, Inc. subsequently changed its name to Wholesale Sports USA, Inc. ("Wholesale Sports").

8. Donald F. Gaube is the sole owner of Alamo Group LLC ("Alamo").

9. Mr. Gaube is also the sole owner of several other single-purpose limited liability companies.

10. On November 9, 2012, Alamo sent United Farmers of Alberta Cooperative Limited ("UFA") a letter of intent ("LOI") to purchase Wholesale Sports.

11. Following discussions with UFA, the November 2012 LOI was revised. UFA, Wholesale Sports, SW and Alamo finalized and executed an LOI on January 18, 2013.

12. On February 10, 2013, UFA, Wholesale Sports, SW, and Alamo executed a multi-party contract entitled Master Transaction Agreement ("MTA").

13. The MTA closed on March 11, 2013.

14. Wholesale Sports' last rent payment to Lacey Marketplace was in April 2013.

15. Wholesale Sports' last rent payment to Burlington Retail was in June 2013.

16. By letter dated May 6, 2013, Lacey Marketplace provided its 10 day notice of default of lease to Wholesale Sports.

17. By letter dated July 24, 2013, Burlington Retail provided its 10 day notice of default of lease to Wholesale Sports.

18. The landlord Lacey Marketplace and TSA Stores, Inc. entered into a commercial lease dated March 6, 2014.

19. The landlord Lacey Marketplace and PETCO Animal Supplies Stores, Inc.

PRETRIAL ORDER - 3

NO. 2:13-cv-00383-JLR

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

entered into a commercial lease dated April 25, 2014.

20.     The landlord Burlington Retail and Party City Corporation executed a commercial lease in March, 2014.

21.     The landlord Burlington Retail and Dick's Sporting Goods, Inc. entered into a commercial lease dated March 20, 2014.

### ISSUES OF LAW

Plaintiffs state the issues of law are whether the defendants violated the Washington Uniform Fraudulent transfer act, whether Wholesale Sports is liable for breach of lease, and whether UFA, Gaube and Alamo are liable for interference with contract.

UFA identifies the following legal issues for the Court's consideration:

(a)     Whether or not Plaintiffs can establish a fraudulent transfer act claim where the transfers of funds to UFA at issue are a small return of capital from UFA's original investment of over $92.2 million in Wholesale Sports;

(b)     Whether or not Plaintiffs' claims for tenant improvement costs incurred to remodel and/or permanently improve the value of their properties are recoverable as damages under the duty to mitigate or otherwise ;

(c)     Whether or not Plaintiffs can establish a claim as a present creditor under RCW 19.40.051 where Plaintiffs were fully paid and, therefore, were not a present creditor at the date of the closing on the MTA.

Defendants Wholesale Sports, Alamo Group LLC, and Donald F. Gaube state the following issues of law:

Defendants have no objections, additions or changes to Plaintiffs' statement of issues of law. Defendants intend to pursue the following affirmative defenses:

(a)     Plaintiffs failed to mitigate their damages;

(b)     Plaintiffs' damages, if any, are caused by their own actions or inactions;

PRETRIAL ORDER - 4

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

(c)    All assets and funds received by the Alamo Group from UFA and Sportsman's were transferred in good faith and for a reasonably equivalent value.

Defendant SW states the following issues of law:

SW states the issue of law relevant to it as to whether it can be liable under Plaintiffs' claims for fraudulent transfer when it paid Wholesale Sports USA reasonably equivalent value for the Purchase Assets and received those assets in good faith. In the event the jury finds against SW on the fraudulent transfer claim, it must also determine the following affirmative defenses:

(a)    Whether Plaintiffs failed to mitigate their damages and, therefore, their damages should be barred in part or in whole;

(b)    Whether Plaintiffs' damages, if any, are caused by their own actions or inactions, or the conduct of third parties beyond Sportsman's control.

## EXPERT WITNESSES

(a)    Each party shall be limited to one expert witness on the issues.

(b)    The name and address of the expert witness to be used by each party at the trial and the issue upon which each will testify is:

(1)    On behalf of plaintiffs:

- Lorraine Barrick, 1144 Federal Avenue East, Seattle, WA, 98102. Ms. Barrick will testify regarding costs of releasing, lost rent and costs, Wholesale Sports' use of proceeds from the Master Transaction Agreement, and inventory, furniture and fixtures of Sportsman's Warehouse.

- Brian Finnegan, PO Box 28416, 4202 Meridian Street, Suite 213, Bellingham, WA, 98228-0416. Mr. Finnegan will testify regarding plaintiffs' mitigation of their damages and construction costs.

PRETRIAL ORDER - 5

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

(2)     On behalf of defendant UFA:

- Andrew Robinson, Kidder Matthews, 601 Union Street, Suite 4720, Seattle, WA. Mr. Robinson will testify regarding costs of retenanting the properties, increase in market value of the properties due to capital improvements, cap rate for original and replacement leases, and calculation of offsets to lost rent as capital improvements.

- William Weisfield, Elliot Bay Asset Solutions, 1420 Fifth Avenue, Suite 3000, Seattle, WA. Mr. Weisfield will testify regarding the appropriate time for leasing and retenanting space; the appropriate market rents for the properties; mitigation/offset or prevention of lost rents incurred by Plaintiffs, the impact of new leases and tenant improvements on market value of the properties.

Plaintiffs object to the changed nature of UFA's experts' testimony and to them testifying outside the parameters of their individual reports. To the extent defendant UFA is allowed to have its experts testify, plaintiffs reserve the right to call Roland Hoefer.

**OTHER WITNESSES**

| Name | Address | Nature of Expected Testimony | Trial Testimony |
|------|---------|------------------------------|-----------------|
| Mack DuBose | c/o Ryan Swanson Cleveland | Testimony will cover all areas of liability and damages. UFA: Landlord's reaction to the MTA, efforts to retenant both properties, and provisions of the lease and amended lease on Burlington. | Will testify |
| Michael Hess | c/o Ryan Swanson Cleveland | Testimony will cover all areas of liability and damages. UFA: Landlord's reaction to the MTA, efforts to retenant both properties. | Will testify |

PRETRIAL ORDER - 6

NO. 2:13-cv-00383-JLR

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

| Name | Address | Nature of Expected Testimony | Trial Testimony |
|------|---------|------------------------------|-----------------|
| Robert Andrews | c/o Gordon Tilden Thomas & Cordell | Testimony will cover all areas of liability and damages. UFA: Lacey Marketplace's reaction to the MTA, efforts to retenant the property, decision to release the property to The Sports Authority/Petco as opposed to other tenants. | Will testify |
| Donald Gaube | c/o Impact Law Group | Testimony will cover all areas of liability and damages. UFA: Negotiations leading up to the MTA, efforts made to retenant and purchase the properties before and after the MTA, and use of the estimated $1.8 million in additional funds provided at closing. | Will testify |
| Christopher Eastland | c/o Foster Pepper<br><br>4640 Admiralty Way, Marina Del Rey, CA | Testimony will cover all areas of liability and damages. UFA: The MTA and negotiations leading up to the MTA. SW: Sportsman's Warehouse business, reasons for the acquisition of some of Wholesale Sports' assets and the exclusion of certain leases, Sportsman's Warehouse's alternatives to the acquisition of Wholesale Sports assets, the negotiation, operation and execution of the transactions contemplated by the MTA, the value paid for and disposition of the acquired assets by Sportsman's warehouse and Sportsman's Warehouse's good faith in acquiring the assets, the steps taken by Sportsman's Warehouse to assist Wholesale Sports in performing under excluded leases after closing, and other facts relevant to rebut plaintiffs' UFTA claims against Sportsman's Warehouse. | Will testify |

PRETRIAL ORDER - 7

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1021758.01

| Name | Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|---|
| Peter Melnychuk | c/o Slinde Nelson Stanford<br><br>UFA, 4838 Richards Road, Calgary, Canada | Testimony will cover all areas of liability and damages. UFA: The MTA, financial details surrounding the acquisition and investment by UFA into Wholesale Sports, and communications with the Landlords. | Will testify |
| Denys Vuch | c/o Slinde Nelson Stanford<br><br>UFA, 4838 Richards Road, Calgary, Canada | Testimony will cover areas which were addressed in his deposition. UFA: Financial details surrounding Wholesale Sports, loans and investments by UFA into Wholesale Sports and the accounting for the return on capital to UFA pursuant to the MTA. | Will testify |
| John Robert Nelson | c/o Slinde Nelson Stanford | Testimony will cover areas which were addressed in his deposition. | Will testify by deposition |
| Bruce Nysetvold | c/o Slinde Nelson Stanford<br><br>UFA, 4838 Richards Road, Calgary, Canada | Testimony will cover all areas of liability and damages. UFA: Regarding communications with the parties surrounding the leases, the MTA, and the Collateral Assignment. | Will testify |
| Steve Ruggerio | First American Properties, Inc. 175 Parfitt Way SW S-150 Bainbridge Island, WA 98110 | Testimony will cover areas concerning mitigation of damages and available tenants. UFA: Search for tenants at the properties. SW: Alamo's and Gaube's location and presentation of potential tenants | May testify |
| Glenn Bingley | UFA, 4838 Richards Road, Calgary, Canada | Communications with the parties surrounding the leases, the MTA, and the Collateral Assignment, as well as the general operations and management practices of Wholesale Sports. | May |
| Clay Crippen | Burlington Retail, c/o Roger Kindley, counsel of record | Plaintiffs' claims for tenant improvement costs as reletting costs | May |

PRETRIAL ORDER - 8

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0899

1021758.01

| Name | Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|---|
| George Koppe (subject to pre-trial rulings) | Midland Loan Services 10851 Mastin Blvd., Suite 700 Overland Park, KS, 66210 | Information about attempts of Alamo and Mr. Gaube to secure a loan to buy the Burlington property. | Possible, and by deposition |

## EXHIBITS

See Exhibit A.

## ACTION BY THE COURT

(a)     This case is scheduled for trial before a jury on February 23, 2015 at 9:00 a.m.

(b)     Trial briefs shall be submitted to the Court on or before February 17, 2015.

(c)     Jury instructions requested by any party shall be submitted to the Court on or before February 17, 2015. Suggested questions of any party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before February 17, 2015.

(d)     (other rulings made by the Court at or before pretrial conference).

This Order has been approved by the parties as evidenced by the signatures of their counsel. This Order shall control the subsequent course of the action unless modified by a subsequent order. This Order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 2ND day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

///
///

PRETRIAL ORDER - 9

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1021758.01

1  FORM APPROVED:

2  RYAN, SWANSON & CLEVELAND, PLLC

3

4  By /s/ Roger J. Kindley
        Roger J. Kindley, WSBA #11875
5       Britenae Pierce, WSBA #34032
        Teruyuki S. Olsen, WSBA #40855
6       Attorneys for Plaintiff Burlington Retail, LLC
   1201 Third Avenue, Suite 3400
7  Seattle, Washington 98101-3034
   Phone: 206-464-4224/Fax: 206-583-0359
8  kindley@ryanlaw.com
   pierce@ryanlaw.com
9  olsen@ryanlaw.com

10
   GORDON TILDEN THOMAS & CORDELL LLP
11

12 By /s/ Matthew Pierce
        Jeffrey I. Tilden, WSBA #12219
13      Matthew Pierce, WSBA #34019
        Attorneys for Plaintiff Lacey Marketplace
14      Associates II LLC
   1001 Fourth Avenue, Suite 4000
15 Seattle, WA 98154
   Phone: 206-467-6477/Fax: 206-467-6292
16 jtilden@gordontilden.com
   mpierce@gordontilden.com
17

18 SLINDE NELSON STANFORD

19

20 By /s/ Christina Haring-Larson
        Christina Haring-Larson, WSBA #30121
21      Darian A. Stanford, WSBA #44604
        Attorneys for Defendant United Farmers of Alberta
22      Co-Operative Limited
   600 University St., Suite 1730
23 Seattle, WA 98101
   Phone: 206-237-0020/Fax: 503-417-4250
24 christina@slindenelson.com
   darian@slindenelson.com
25

26

PRETRIAL ORDER - 10

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

1

FOSTER PEPPER PLLC

2

3   By /s/ John Ray Nelson

4       John Ray Nelson, WSBA No. 16393
        Attorneys for Defendant Sportsman's Warehouse, Inc.

5   422 W. Riverside Ave., Suite 1310
    Spokane, WA 99201

6   Phone: 509-777-1600/Fax: 509-777-1616
    nelsj@foster.com

7

8   IMPACT LAW GROUP PLLC

9

10  By /s/ Sage Andrew Linn
        Sage Andrew Linn, WSBA #31841

11      Attorneys for Defendants Wholesale Sports USA, Inc.,
        Alamo Group LLC, and Donald F. Gaube

12  1325 Fourth Avenue, Suite 1400

13  Seattle, WA 98101
    Phone: (206) 792-5230/Fax: (206) 452-0655

14  sage@impactlawgroup.com

15

16

17

18

19

20

21

22

23

24

25

26

PRETRIAL ORDER - 11

NO. 2:13-cv-00383-JLR



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1021758.01

# EXHIBIT A
# TRIAL EXHIBITS

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| Plaintiffs' Exhibits | | | | |
| 1 | Master Transaction Agreement | X | | |
| 2 | Sportsman's Warehouse, Inc. Lease (Lacey, WA) | X | | |
| 3 | Sportsman's Warehouse, Inc. Lease (Burlington, WA) | X | | |
| 4 | Master Transaction Agreement Summary | | | X |
| 5 | Project Tex-Mex Funds Flow Schedule | X | | |
| 6 | Indemnity Agreement | | X | |
| 7 | Assumption Agreement | | X | |
| 8 | Resolutions of Board of Directors of Wholesale Sports (approving Master Transaction Agreement) | X | | |
| 9 | Letter re 1220 Marvin Rd NE, Lacey, WA property | X | | |
| 10 | Sportsman's Warehouse, Inc. Collateral Assignment of Lease (Lacey, WA) | X | | |
| 11 | Sportsman's Warehouse, Inc. Collateral Assignment of Lease (Burlington, WA) | X | | |
| 12 | Letter re landlord notice re assignment of Lease re Lacey property | X | | |
| 13 | Letter re landlord notice re assignment of Lease re Burlington property | X | | |
| 14 | Minutes of Wholesale Sports Board of Directors | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 15 | Draft minutes of Wholesale Sports Board of Directors Meeting | | X | |
| 16 | Meetings of UFA Board of Directors Special Meeting | X | | |
| 17 | Draft minutes of Wholesale Sports Board of Directors Meeting | X | | |
| 18 | Minutes of UFA Board of Directors Special Meeting | X | | |
| 19 | Select pages from Email re Information Request List | X | | |
| 20 | Wholesale Sports store loan summary | X | | |
| 21 | Email re LOI | | X | |
| 22 | Select pages from Email re LOI | X | | |
| 23 | Select pages from Email attaching offer letter | | X | |
| 24 | Page 1 of Email re Project TexMex Update-Comments on LOI | X | | |
| 25 | Select pages from Conference call evite re Wholesale Sports LOI | | | X |
| 26 | Select pages from Email attaching WS offer letter draft 101212 v2 | | | X |
| 27 | Funds Flow Schedule | X | | |
| 28 | Letter re Wholesale Sports USA | X | | |
| 29 | Letter re Wholesale Sports Burlington and Coeur d'Alene | | X | |
| 30 | Email re WSS Board Presentation 12/7/12 attaching proposal | X | | |

Case 2:13-cv-00383-JLR Document 154 Filed 02/04/15 Page 14 of 40

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 31 | Board Presentation | X | | |
| 32 | Minutes of Board of Directors of Wholesale Sports Canada and Wholesale Sports USA | X | | |
| 33 | Email re change that UFA is decision maker | X | | |
| 34 | Email re closing certain locations | X | | |
| 35 | Signed Letter of Intent | X | | |
| 36 | Email re no misinterpretation | X | | |
| 37 | Minutes of Special Meeting of Board of Directors of UFA | X | | |
| 38 | Email re pressure to get inside stores | X | | |
| 39 | Email re Gaube to make offers on buildings | X | | |
| 40 | Email re tax loss | X | | |
| 41 | Email following up re confirming signing of MTA | X | | |
| 42 | Audit Committee pamphlet re MTA | | X | |
| 43 | Email re Burlington and Coeur d'Alene- won't close w litigation pending | X | | |
| 44 | Email re 5 landlords threatening litigation | | X | |
| 45 | Email re outstanding issues not resolved | X | | |
| 46 | Email re concerns over progress w landlords | X | | |
| 47 | Email | X | | |
| 48 | Email re Alamo's ability to make deal work | X | | |
| 49 | Email re Spokane | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 50 | Email re negotiations w landlord | X | | |
| 51 | Email re Burlington, Lacey & Coeur d'Alene; UFA indemnity | X | | |
| 52 | Email re Nysetvold 030713 UFA indemnity email | | X | |
| 53 | Email re Alamo assistance | X | | |
| 54 | Email re draft AC items for tomorrow discussion | X | | |
| 55 | Audit Committee PowerPoint | X | | |
| 56 | Memo re repatriation of funds from Wholesale Sports | X | | |
| 57 | Email | X | | |
| 58 | United Farmers of Alberta PBC Listing Planning, For the Year Ended in December 30, 2013 – Disposition of WSSUSA | | | X |
| 59 | Letter from Daniel Lerner | | | X |
| 60 | Email re thanks for efforts | | X | |
| 61 | Email re consent | X | | |
| 62 | Letter re amended lease dated Nov. 23, 2005 – Alamo Transaction – Lacey, WA | X | | |
| 63 | Letter re amended lease dated February 23, 2006 – Alamo Transaction – Burlington, WA | X | | |
| 64 | Letter re amended lease dated February 23, 2006 – Alamo Transaction – Burlington, WA | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 65 | Email re limiting UFA indemnity | X | | |
| 66 | Email re fixtures | X | | |
| 67 | First Amendment to Master Transaction Agreement | X | | |
| 68 | Email re update | X | | |
| 69 | Email re concerns over progress w landlords | X | | |
| 70 | Email re tax loss | X | | |
| 71 | Letter re amendment to side letter dated 2/10/13 | X | | |
| 72 | Email summarizing discussion | X | | |
| 73 | Email re revised Wholesale/UFA Proposal Letter | | X | |
| 74 | Email attaching assignment/subletting language | X | | |
| 75 | Email re stock purchase | X | | |
| 76 | Email re Question re NOL | X | | |
| 77 | Email re Master Transaction Agreement attaching initial draft of MTA | X | | |
| 78 | Letter re indemnification and release | X | | |
| 79 | Email re consents from landlords | X | | |
| 80 | Email re landlords threatening to sue | | X | |
| 81 | Email re call with UFA | X | | |
| 82 | Email re bringing in another tenant | X | | |
| 83 | Email re closing update | X | | |
| 84 | Email re payment | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 85 | Email re Silverdale location | X | | |
| 86 | Lacey Inventory at Closing | X | | |
| 87 | Email re closing-initiate transfer for UFA | | X | |
| 88 | Email re Sportsman's Comments | | X | |
| 89 | Email re LOI | | X | |
| 90 | Select Email re touching base | X | | |
| 91 | Email re Wholesale Sports/NorthTown Mall | | X | |
| 92 | Email re Coeur d'Alene and Burlington | X | | |
| 93 | Email re progress with landlords | X | | |
| 94 | Email re urgent-Wholesale Sports logistics | | X | |
| 95 | Email | | X | |
| 96 | Email re Spokane | | X | |
| 97 | Credit Information Request | X | | |
| 98 | Email | X | | |
| 99 | Email re transfer and assumption | | X | |
| 100 | Letter re Lease | X | | |
| 101 | Letter re Purchase & Sale Agreement | X | | |
| 102 | Email attaching certification | | X | |
| 103 | Email re 8% cap | X | | |
| 104 | Email | | X | |
| 105 | Letter re Dick's lease proposal | X | | |
| 106 | Email re Burlington and Coeur d'Alene | | X | |
| 107 | Email re estimate | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 108 | Email re Wholesale targeted tenant list | | X | |
| 109 | Email re May invoice | | X | |
| 110 | Email re Revised Dick's | | X | |
| 111 | Email re Party City | | X | |
| 112 | Email re quick overview of Party City LOI | | X | |
| 113 | Email re Party City-Burlington | | X | |
| 114 | Email re Burlington Coat | | X | |
| 115 | Email with latest on Burlington | | X | |
| 116 | Email attaching UFA letter to DuBose | | X | |
| 117 | Email re WS-Lacey spreadsheet-Dick's | | X | |
| 118 | Email attaching Dick's LOI | X | | |
| 119 | Email re WS-Lacey spreadsheet-Dick's | | X | |
| 120 | Petco Standard Form Lease | X | | |
| 121 | Email re Wholesale Sports redevelopment | X | | |
| 122 | Email re Wholesale Sports redevelopment | X | | |
| 123 | Email re Petco LOI and attaching analysis of CAM | | X | |
| 124 | Email re Lacey for Petco? | X | | |
| 125 | Email | | X | |
| 126 | Email re Petco call this AM | | X | |
| 127 | Lease between Lacey and TSA | X | | |
| 128 | Email re WS-Lacey Release Spreadsheet | | X | |
| 129 | Email re Lacey call | | X | |
| 130 | Email re Sports Authority LOI | X | | |
| 131 | Email re Lacey-TSA | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 132 | Lease between Burlington Retail and Party City | X | | |
| 133 | Email | | X | |
| 134 | Letter re Sportsman's/offer from Big Lots (unsigned) | X | | |
| 135 | Lease between Dick's and Burlington Retail | X | | |
| 136 | Letter re Dick's terms (unsigned) | X | | |
| 137 | Email re Dick's LOI | | X | |
| 138 | Email re Dick's LOI | X | | |
| 139 | Email re Dick's LOI | | X | |
| 140 | Burlington Retail, LLC re-tenanting costs – detail through 9/15/14 | | X | |
| 141 | Lacey Marketplace Assoc. II, LLC re-tenanting costs-Lacey Phase II through 9/15/14 | | X | |
| 142 | Burlington Damages | X | | |
| 143 | Burlington rent schedule | X | | |
| 144 | Lacey Marketplace – Wholesale Sports estimated damages | | X | |
| 145 | Burlington/Wholesale Sports rent schedule | | X | |
| 146 | Email re Petco Lacey – demising construction breakdown | X | | |
| 147 | Email | X | | |
| 148 | Email re Transfer and Assumption | | X | |
| 149 | Sportsman's webpage w Management and Board of Directors bios | | X | |
| 150 | Burlington Inventory at Closing | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 151 | Email re Proposal Letter | X | | |
| 152 | Photographs of Burlington Retail after closure | | | X |
| 153 | Photographs of Lacey Marketplace after closure | | | X |
| 154 | Email string between G. Bellerive, C. Eastland, and A. Kemper re Update | | X | |
| 155 | Email string re Wholesale Sports | | | X |
| 156 | Email from J. Holland to G. Bingley re TEXMEX IMPACTS | | X | |
| 157 | Email from G. Bingley to P. Melynchuk re Alamo | | X | |
| 158 | Email from G. Bingley to P. Melynchuk re Alamo | | X | |
| 159 | Email string re My contact information is below | | X | |
| 160 | Email string RE: Dick's expense - Burlington | | X | |
| 161 | Email string RE: Burlington, WA | | X | |
| 162 | Email string RE: Dick's Draft | | X | |
| 163 | Letters to Wholesale Sports and UFA Holdings from M. Hess- 10 Day Notice of Default of Lease - Lacey Marketplace | X | | |
| 164 | Email string Re: Budget for Dick's Sporting Goods located in Burlington at the Existing Sportsman's - Including Pictures | | X | |
| 165 | Email string RE: LOI's | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 166 | Email string RE: Dick's - Burlington | | X | |
| 167 | Email string RE: Dick's - Burlington | | X | |
| 168 | Email string FW: Burlington | | X | |
| 169 | Email string RE: Burlington, WA | | X | |
| 170 | Email string FW: Washington State - City Per Capita Retail Sales Rankings | | | X |
| 171 | Email string FW: Burlington, WA former Wholesale Sports | | X | |
| 172 | Email re Project TexMex Update - Comments on LOI | | X | |
| 173 | Email re: Ashley LOI - Lacey | | X | |
| 174 | Email from Don Gaube to Peter Melnychuk | | X | |
| 175 | Email from Peter Melnychuk to Dilip Krishna re proceeds distributed to parent | | X | |
| 176 | Email from Peter Melnychuk to Bruce Nysetvold re DA comments | | X | |
| 177 | UFA Minutes of the Special Meeting of the Board of Directors | X | | |
| 178 | Minutes of the Board of Directors of Wholesale Sports Canada Ltd. and Wholesale Sports USA, Inc. at UFA Corporate Office | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 179 | Email from Peter Melnychuk to Don Gaube re Meeting in SF | X | | |
| 180 | Lacey Photographs | | | X |
| 181 | Lacey Re-tenanting Costs | | X | |
| 182 | Lacey Wholesale Sports – Damages | | X | |
| 183 | Lacey Re-tenanting Costs through 9-15-14 | | X | |
| 184 | Lacey Sportman's Warehouse Lease -- Bates Numbered | X | | |
| 185 | Lacey Sportsman's Warehouse Lease 1st Amendment - Bates Numbered | X | | |
| 186 | SW Collateral Assignment – Lacey -- Bates Numbered | X | | |
| 187 | Lacey - Petco Lease - Bates Numbered | X | | |
| 188 | Memorandum of Shopping Center Lease re TSA | X | | |
| 189 | Lacey - TSA Lease -- Bates Numbered | X | | |
| 190 | Summary of Leasing Activity | | | X |
| 191 | Email from J. DuBose to L. Guillory and Joren Peterson; cc: M. DuBose and R. Andrews | | X | |
| 192 | Email from J. DuBose to L. Guillory and Joren Peterson; cc: M. DuBose and R. Andrews | | X | |
| 193 | Dick's LOI for Lacey Marketplace with Lacey changes - clean version | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 194 | Dick's LOI redlined by Lacey Marketplace | X | | |
| 195 | Email from J. DuBose to D. Pinney, R. Andrews, S. Shanks, M. Hess, M. DuBose re Lacey, WA | | X | |
| 196 | Email from J. Peterson to M. DuBose, J. DuBose, R. Andrews re Dick's LOI for Lacey | | X | |
| 197 | Revised LOI from Dick's dated September 6, 2013 | X | | |
| 198 | Email from J. DuBose to J. Peterson; cc: R. Andrews, M. Dubose | | X | |
| 199 | September 9, 2013 Revised Dick's LOI | X | | |
| 200 | Email from J. DuBose to R. Andrews, S. Shanks, M. Hess and M. DuBose | X | | |
| 201 | Email from J. DuBose to R. Andrews | | X | |
| 202 | Email from Joren Peterson to R. Andrews and J. DuBose re Dick's LOI | | X | |
| 203 | Email from R. Andrews to L. Anderson re Dick's | | X | |
| 204 | Email from J. DuBose to R. Cantrell, R. Andrews, D. Pinney, S. Shanks, M. Hess and M. Dubose re Joren Peterson call – Lacey | X | | |
| 205 | Email from C. Stamets to J. DuBose and R. Andrews re TSA LOI | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| 206 | Email from R. Andrews to P. LaBrash re Lacey TSA LOI | | X | |
| 207 | 11/04/13 TSA LOI | X | | |
| 208 | Email from R. Andrews to P. LaBrash re email from C. Stamets attaching revised TSA LOI | | X | |
| 209 | Revised 11/08/13 LOI from TSA | X | | |
| 210 | Email from R. Andrews to B. Nelson re Petco LOI and Site Plan | X | | |
| 211 | Petco LOI with Lacey Marketplace changes | X | | |
| 212 | Email from C. Stamets to J. DuBose and R. Andrews re Lacey TSA | X | | |
| 213 | Email from R. Andrews to B. Nelson re Petco Lacey | | X | |
| 214 | Email from J. DuBose to E. McKinley and B. Nelson; cc: R. Andrews, M. Dubose, M. Hess, S. Shanks, M. Tronquet re Petco – Signed LOI | | X | |
| 215 | 2/3/14 Signed Petco LOI | X | | |
| 216 | Lorraine Barrick's Report | | X | |
| 217 | Burlington Retail Retenanting Costs | | X | |
| 218 | Burlington Wholesale Sports Damages | | X | |
| 219 | Lacey Marketplace Retenanting Costs | | X | |
| 220 | Lacey Marketplace Wholesale Sports Damages | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| UFA's Exhibits | | | | |
| A-1 | Email from DuBose to Andrews, Hess, et al; Proforma | | | X |
| A-2 | Email from Page to Struzyna, J. DuBose, and Anderson; Draft Burlington Lease | | X | |
| A-3 | Email from Struzyna to Page, J. DuBose | | X | |
| A-4 | Emails between Ruggiero and J. DuBose | | X | |
| A-5 | Email from DuBose to J. DuBose; Proforma | | X | |
| A-6 | Email from Oswald to DuBose, George | | X | |
| A-7 | Email from Walker | | X | |
| A-8 | UFA Board of Directors Meeting, Calgary Support Office Minutes | | X | |
| A-9 | Emails between J. DuBose, Page, et al | X | | |
| A-10 | Articles of Incorporation of UFA Holdings, Inc. | X | | |
| A-11 | Bylaws of UFA Holdings, Inc. | X | | |
| A-12 | Utah Secretary of State Certificate of Existence for Wholesale Sports | X | | |
| A-13 | Email from J. DuBose to DuBose, Hess, Crippen, et al | | X | |
| A-14 | Email from J. DuBose to Page | X | | |
| A-15 | Emails between Morawski, Tronquet, J. DuBose, et al | | X | |

14

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-16 | UFA Holdings, Inc. Stock Purchase Agreement | | X | |
| A-17 | Email from Dawes to UFA Employees | | X | |
| A-18 | Amended and Restated Articles of Incorporation of UFA Holdings, Inc. | X | | |
| A-19 | Emails between J. DuBose and Andrews | | X | |
| A-20 | UFA Holdings, Inc. Stock Purchase Agreement | | X | |
| A-21 | Wholesale Sports Balance Sheet | | X | |
| A-22 | UFA Holdings, Inc. Stock Purchase Agreement | | X | |
| A-23 | Minutes of Board of Directors of UFA | | X | |
| A-24 | UFA Holdings Shares of UFA Stock | | X | |
| A-25 | UFA Holdings, Inc. 2009 Federal Tax Return | | X | |
| A-26 | Consent and Agreement of Landlord (Lacey) | | X | |
| A-27 | Consent and Agreement of Landlord (Burlington) | | X | |
| A-28 | Action by Unanimous Written Consent of the Board of Directors of UFA Holdings, Inc. | | X | |
| A-29 | Action by Unanimous Written Consent of the Board of Directors of UFA Holdings, Inc. | | X | |
| A-30 | Resolutions of the Board of Directors of UFA Holdings | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-31 | State of Utah Articles of Amendment (UFA Holdings to Wholesale Sports) | X | | |
| A-32 | Emails between Guillory, J. DuBose, and Petersen | | X | |
| A-33 | Certificate of Name Change (UFA Holdings to Wholesale Sports) | X | | |
| A-34 | Letter from DuBose to Melynchuk re: Wholesale Sports Burlington and CDA | X | | |
| A-35 | Minutes of Board of Directors of Wholesale Sports | | X | |
| A-36 | Email from Footh to DuBose, Hess, et al; Lacey Investment Flyer | | X | |
| A-37 | Email from Macko/Bingley to DuBose | X | | |
| A-38 | Email from DuBose to Andrews, Shanks, Hess | X | | |
| A-39 | Email from DuBose to Andrews; Draft response letter | | X | |
| A-40 | Letter Agreement between Burlington and UFA re: Marketing Incentive | X | | |
| A-41 | Letter Agreement from UFA to Burlington | X | | |
| A-42 | Email from Bingley to Hess, DuBose, and Melynchuk | X | | |
| A-43 | Emails between from Andrews, Nelson, and Hess | X | | |
| A-44 | Wholesale Sports Director and Officer Register | X | | |

16

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-45 | Email from Ruggiero to Bingley | | X | |
| A-46 | Emails between Melynchuk, Bingley, and Ruggiero | | X | |
| A-47 | Email from Ruggiero to Gaube | | X | |
| A-48 | Email from Gaube to Bingley, Melynchuk, and Ruggiero | | X | |
| A-49 | Emails between Ruggiero, Bingley, Melynchuk, and Gaube | | X | |
| A-50 | Emails between Andrews, Shanks, Hess, and Drennon; Lacey Petco Clarifications and Assumptions Budget Proposal | | X | |
| A-51 | Emails between Andrews, Shanks, Hess, Cantrell, and Drennon | | X | |
| A-52 | Email from DuBose to J. DuBose, Hess | X | | |
| A-53 | Email from Chana to Kapitan, Bingley, et al | X | | |
| A-54 | Emails between Melynchuk and Gaube | X | | |
| A-55 | Emails between Melynchuk and Gaube | X | | |
| A-56 | Emails between J. DuBose, DuBose, Hess, Shanks, Guillory | | X | |
| A-57 | Email from Nelson to Andrews, Hess; Petco LOI | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-58 | Wholesale Sports Board of Directors Meeting Agenda, Minutes, 07/30/12 Financial Results Presentation | | X | |
| A-59 | Minutes of Board of Directors of UFA | | X | |
| A-60 | Emails between Gaube and Wyse | X | | |
| A-61 | Email from Gaube to Lee | X | | |
| A-62 | Offer Letter from Alamo Group to UFA | X | | |
| A-63 | Emails between Gaube, Wyse, and Melynchuk | | X | |
| A-64 | Emails between Gaube and Wyse | | X | |
| A-65 | Minutes of Board of Directors of UFA | | X | |
| A-66 | Emails between Melynchuk, Gaube, and Wyse | | X | |
| A-67 | Emails between Gaube, Lee, and Wyse | | X | |
| A-68 | Emails between Melynchuk, Gaube and Vuch | | X | |
| A-69 | Email from Gaube to Wyse and Eastland | | X | |
| A-70 | Email from Melynchuk to Gaube | X | | |
| A-71 | Offer Letter from Alamo Group | X | | |
| A-72 | Emails between Gaube, Ruggiero, and Wyse | X | | |
| A-73 | Emails between Melynchuk, Cook, Bingley, et al; Offer Letter from Alamo Group | X | | |
| A-74 | Email between Gaube, Wyse, and Eastland | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-75 | Emails between Melynchuk, Gaube, and Wyse | X | | |
| A-76 | Emails between Melynchuk and Gaube | X | | |
| A-77 | Emails between Gaube and Melynchuk | X | | |
| A-78 | Emails between Melynchuk, Carrie, and Gaube | X | | |
| A-79 | Emails between Melynchuk, Cook, Cohen, and Gaube | X | | |
| A-80 | Project Tex Mex PowerPoint Presentation | | X | |
| A-81 | Project Tex Mex Board Presentation | X | | |
| A-82 | UFA 2013 Business Plan | | X | |
| A-83 | Emails between Gaube, Eastland, and Wyse | X | | |
| A-84 | Email between Wyse, Gaube, and Eastland re: Capital West | | X | |
| A-85 | Letter Agreement between UFA and Alamo Group | X | | |
| A-86 | Emails between Vuch, Melynchuk, Bingley, et al | X | | |
| A-87 | Emails between Bellerive, Melynchuk, Kemper, et al; Draft Acquisition Letter | X | | |
| A-88 | Email from Bellerive to Gaube, Melynchuk, Kemper; Draft Acquisition Letter; Capital West Acquisition Letter | X | | |
| A-89 | Emails between Eastland, Gaube, and Wyse | X | | |
| A-90 | Letter from Capital West to Eastland | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-91 | Emails between Eastland, Gaube, Wyse, et al | X | | |
| A-92 | Emails between Wyse, Eastland, Gaube, et al | X | | |
| A-93 | Emails between Bellerive, Melynchuk, Vuch, Kemper | | X | |
| A-94 | Emails between Gaube, Eastland, Kemper | | X | |
| A-95 | Emails between Melynchuk, et al; Draft Proposed Transaction Letter | X | | |
| A-96 | Promissory Note | | X | |
| A-97 | Emails between Eastland, Melynchuk, Bellerive, and Kemper | X | | |
| A-98 | Emails between Bingley, Melynchuk, and Nysetvold | X | | |
| A-99 | Email from Nelson to Melynchuk | X | | |
| A-100 | Alamo Group Purchase Offer (Burlington, Lacey, CDA) | | X | |
| A-101 | Alamo Group Offer Letter | | X | |
| A-102 | Letter from Hess to Nysetvold re: Wholesale Sports-Alamo Transaction | X | | |
| A-103 | Emails between Hess, Andrews, et al | | X | |
| A-104 | Email from Nelson to Bates | X | | |
| A-105 | Email from DuBose to Hess | | X | |
| A-106 | Emails between DuBose, Hess, Nysetvold, Gaube, and Melynchuk | | X | |
| A-107 | Project Tex Mex Audit Presentation | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-108 | Memo from Chisholm to Board of Directors re: Audit Committee Meeting of February 22, 2013 | | X | |
| A-109 | Emails between Gaube, Ruggiero, and Eastland | X | | |
| A-110 | Emails between Gaube, Ruggiero, Barr, and Nysetvold | | X | |
| A-111 | Emails between Nysetvold, Hess, DuBose, Melynchuk, Gaube, et al | | X | |
| A-112 | Emails between Gaube, Melynchuk, Eastland, Bruzzone | X | | |
| A-113 | Emails between Bellerive, Eastland, Gaube, and Melynchuk | | X | |
| A-114 | Lacey Complaint | | X | |
| A-115 | Burlington Complaint | | X | |
| A-116 | Emails between Hess, Gaube, and DuBose | | X | |
| A-117 | Emails between Bruzzone, Kingston, Herron, and Gaube | | X | |
| A-118 | Email from Hess to Gaube | | X | |
| A-119 | Email from Gaube to Bruzzone | X | | |
| A-120 | Email from Nysetvold to Tronquet | | X | |
| A-121 | Email from Melynchuk to Bellerive; Summary of Terms re: Alamo's Role in Sale of Wholesale Sports | | X | |
| A-122 | Email from Bellerive to Gaube, Melynchuk, and Eastland | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-123 | UFA Holdings Shares of UFA Stock | | X | |
| A-124 | Emails between Nysetvold, Tronquet, et al | | X | |
| A-125 | Emails between Eastland, Melynchuk, and Bellerive | X | | |
| A-126 | Lease Assignment and Assumption Agreement List | | X | |
| A-127 | Schedule 1.1(d) to Master Transaction Agreement | | X | |
| A-128 | Wholesale Sports Balance Sheet | | X | |
| A-129 | Resignations of Wholesale Sports Officers and Directors | X | | |
| A-130 | WSS Holding USA, Inc. Estimated Closing Statement | | X | |
| A-131 | Email from Gaube to Hess | | X | |
| A-132 | Emails between Cantrell, Andrews, Hess, and Gaube | | X | |
| A-133 | Emails between Cantrell, Andrews, Hess, and Anderson | | X | |
| A-134 | Email from Gaube to Melynchuk | | X | |
| A-135 | Standard Offer, Agreement, and Escrow Instructions for Purchase of Real Estate (Burlington) | | X | |
| A-136 | Email from Stamets to Gaube, Andrews | | X | |
| A-137 | Emails between DuBose and Gaube | | X | |
| A-138 | Emails between DuBose, Gaube, and Hess | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-139 | Emails between DuBose, Hess, Shanks, Crippen, and Gaube | | X | |
| A-140 | Project Tex Mex Audit Presentation | X | | |
| A-141 | Minutes of Board of Directors of UFA | X | | |
| A-142 | Board Presentation by Glenn Bingley, COO | | X | |
| A-143 | Emails between Gaube and Eastland | X | | |
| A-144 | Emails between Hess, Shanks, Andrews, DuBose, and Gaube; Petco and Ashley LOIs | | X | |
| A-145 | Dick's Letter of Intent – Find Signed Copy | | X | |
| A-146 | Emails between Hess, Andrews, Shanks, DuBose, and Gaube | | X | |
| A-147 | Emails between Gaube and Ruggiero | | X | |
| A-148 | Emails between Hess, Gaube, and DuBose | | X | |
| A-149 | Emails between Gaube, Johnson, and Peterson | | X | |
| A-150 | Letter from First American to Peterson re: Dick's Lease Proposal | | X | |
| A-151 | Letter from First American to Guillory re: Party City Lease Proposal | | X | |
| A-152 | Emails between Peterson, J. DuBose, et al attaching Dick's LOI | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-153 | Emails between J. DuBose, Hess, DuBose, Peterson, etc. | | X | |
| A-154 | Email from J. DuBose to DuBose attaching Dick's LOI (Red-Line Draft) | | X | |
| A-155 | LOI from Party City | | X | |
| A-156 | Emails between DuBose and Koppe | | X | |
| A-157 | Emails between J. DuBose, Hess, Andrews, et al. | X | | |
| A-158 | Emails between DuBose and Koppe | | X | |
| A-159 | Email from DuBose to Gaube, Hess | | X | |
| A-160 | Email from Gaube to DuBose | | X | |
| A-161 | Email from LaBrash to Cantrell, Anderson, and Hess attaching Dick's LOI (Red-Line Draft) | | X | |
| A-162 | Emails between DuBose, J. DuBose, Gaube, and Hess | | X | |
| A-163 | Emails between Gaube and DuBose | | X | |
| A-164 | Email from DuBose to Gaube and Hess | | X | |
| A-165 | Emails between Gaube, DuBose, and Hess | | X | |
| A-166 | Termination of Offer for Burlington Letter from DuBose to Alamo Burlington | | X | |
| A-167 | Letter from DuBose to Alamo Group re: ReEntry of Premises | X | | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-168 | Letter from DuBose to Alamo Group re: Lease between Burlington and UFA | X | | |
| A-169 | Email from Koppe to DuBose and Gaube | | X | |
| A-170 | Letter from DuBose to Alamo re: Termination of Burlington Purchase & Sale Agreement | | X | |
| A-171 | Email from Melynchuk to Ell, Nelson, et al | | X | |
| A-172 | Emails between Andrews, Anderson, Cantrell, Peterson, et al attaching Dick's LOI | X | | |
| A-173 | Emails between Andrews, Anderson, Cantrell, Peterson, et al attaching Dick's LOI (Red-Line Draft) | X | | |
| A-174 | Party City LOI | X | | |
| A-175 | Email from J. DuBose to DuBose attaching Dick's LOI | X | | |
| A-176 | Email from J. DuBose to DuBose, Andrews attaching Dick's LOI (Red-Line Draft) | X | | |
| A-177 | Bob Nelson UFA Presentation | | X | |
| A-178 | Email from Melynchuk to Nelson | | X | |
| A-179 | Email from Nelson to Andrews and Hess | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-180 | Emails between Andrews, Cantrell, Anderson, Peterson, et al attaching Dick's LOI (Red-Line Draft) | X | | |
| A-181 | Emails between DuBose, Andrews, Hess, and Crippen | | X | |
| A-182 | Email from J. DuBose to Pinney, Andrews, et al re: Lacey Release Spreadsheet (Petco/SA v Dick's) | | X | |
| A-183 | Emails between Cantrell, Anderson, Andrews, DuBose, Hess, et al | | X | |
| A-184 | Email from DuBose to Andrews, Hess | | X | |
| A-185 | Emails between Andrews, Anderson, and Cantrell | | X | |
| A-186 | Email from DuBose to Cantrell, Andrews, Shanks, DuBose, and Hess; Dick's Budget | | X | |
| A-187 | Email from Finnegan to Rose, Carlson, and J. DuBose | X | | |
| A-188 | West Com Properties Purchase Offer for Burlington | X | | |
| A-189 | Dick's Letter of Intent (Fully Executed) | X | | |
| A-190 | Emails between Peterson, J. DuBose, et al | X | | |
| A-191 | Petco LOI | X | | |
| A-192 | Email from Shanks to DuBose, Pinney attaching Petco LOI (Red-Line Draft) | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-193 | Lacey and Burlington Amended Complaint | | X | |
| A-194 | Email from Sevenich to DuBose, Hess, Shanks; Burlington Loan Proposal | | X | |
| A-195 | Burlington Response to UFA's First Interrogatories and Requests for Production | | X | |
| A-196 | Emails between DuBose, Sevenich, Tronquet | | X | |
| A-197 | Email from J. DuBose; Spreadsheets | | X | |
| A-198 | Letter from Arroyo & Company to Burlington re: Purchase of Dick's | | X | |
| A-199 | First Western Development Services Company Profile | | X | |
| A-200 | Burlington Income Calculation (Dick's and Party City) | | X | |
| A-201 | Lacey Rent Spreadsheet (Petco/SA) | X | | |
| A-202 | Sportsman's Warehouse Website | X | | |
| A-203 | Wholesale Sports – Burlington Vendor Inventory List | X | | |
| A-204 | Burlington Lease Flyer | X | | |
| A-205 | Burlington Commercial Rent Roll | X | | |
| A-206 | Wholesale Sports Store Lease Summary | | X | |
| A-207 | Wholesale Sports Website | X | | |
| A-208 | Wholesale Sports Store Closing Flyer | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| A-209 | Wholesale Sports Lease Flyer | | X | |
| A-210 | UFA Holdings Tax Return 2009 | | X | |
| A-211 | UFA Holdings Tax Return 2010 | | X | |
| A-212 | UFA Holdings Tax Return 2011 | | X | |
| A-213 | UFA Holdings Tax Return 2012 | | X | |
| A-214 | UFA General Ledger Report 12/27/2010 to 03/31/2013 | | X | |
| A-215 | UFA 2009 Annual Report (Short) | | X | |
| A-216 | UFA 2009 Annual Report (Detailed) | | X | |
| A-217 | UFA 2010 Annual Report (Short) | | X | |
| A-218 | UFA 2010 Annual Report Detailed) | | X | |
| A-219 | UFA 2011 Annual Report (Short) | | X | |
| A-220 | UFA 2011 Annual Report (Detailed) | | X | |
| A-221 | UFA 2012 Annual Report (Short) | | X | |
| A-222 | UFA 2012 Annual Report (Detailed) | | X | |
| A-223 | UFA 2013 Annual Report (Short) | | X | |
| A-224 | UFA 2013 Annual Report (Detailed) | | X | |

| Exhibit No. | Document Description | Admissible | Inadmissible / Authenticated | Inadmissible / Unauthenticated |
|---|---|---|---|---|
| Alamo Group/Gaube/Wholesale Sports Exhibits | | | | |
| A-225 | Letter from counsel for Lacey to Wholesale Sports dated May 15, 2013 re: rejection of offers outlined in May 8 letter | | X | |
| A-226 | April 15, 2013 LOI from Dick's to lease the Burlington property | | X | |
| Sportsman's Warehouse Exhibits | | | | |
| SW-1 | Email | | X | |
| SW-2 | Certificate of Name Change | X | | |
| SW-3 | Email Chain re Alamo Group | | X | |
| SW-4 | Email re Summary of Terms Regarding Alamo | | X | |
| SW-5 | Email re Burlington, Lacey & Coeur d'Alene; UFA Indemnity | | X | |
| SW-6 | Email | X | | |
| SW-7 | Letter from Capital West Partners re Proposed Acquisition of Wholesale Sports US Inc | | X | |
| SW-8 | Email re DKS LOI Lacey WA Wholesale Sports | | X | |
| SW-9 | Email re Lacey Tenant Rents/Comparisons | | X | |
| SW-10 | Email | | X | |
| SW-11 | Email | | X | |
| SW-12 | Lease narrative attached to Exhibit H of expert report of Roland James Hoeffer | | X | |
| SW-13 | Excel spreadsheet re Wholesale Sports bank accounts | | | X |