FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR - 9 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LACEY MARKETPLACE
ASSOCIATES II, LLC,

              Plaintiff,

         v.

UNITED FARMERS OF ALBERTA
CO-OPERATIVE LTD, et al.,

              Defendants.

CASE NO. C13-0383JLR

SPECIAL VERDICT FORM

BURLINGTON RETAIL, LLC,

              Plaintiff,

         v.

UNITED FARMERS OF ALBERTA
CO-OPERATIVE LTD, et al.,

              Defendants.

//

VERDICT FORM - 1

1    We, the jury, being duly impaneled and sworn, provide the following answers to

2  the questions submitted by the court:

3  **A. LACEY'S BREACH OF CONTRACT CLAIM**

4  **Question No. 1:**  Do you find that Lacey has proved that Wholesale Sports breached its

5  contract with Lacey?

6    Yes:  X

7    No:  _____

8  *If you answered "yes" to Question No. 1, proceed to Question No. 2.  If you answered*

9  *"no" to Question No. 1, skip Question Nos. 2 through 4 and proceed to Question No. 5.*

10  **Question No. 2:**  What do you find is the amount of damages that Lacey is entitled to as

11  a result of Wholesale Sports' breach of the contract?

12    5,218,493.35

13  **B. LACEY'S TORTIOUS INTERFERENCE WITH CONTRACT CLAIMS**

14  **Question No. 3:**  Do you find that Lacey has proved that any of the following defendants

15  tortiously interfered with Lacey's contract with Wholesale Sports?

16    Yes    No

17  UFA:  X    _____

18  Alamo:  X    _____

19  Mr. Gaube:  X    _____

20  *If you answered "yes" to Question No. 3 with respect to any defendant, proceed to*

21  *Question No. 4.  If you answered "no" to Question No. 3 with respect to all defendants,*

22  *skip Question No. 4 and proceed to Question No. 5.*

VERDICT FORM - 2

1   **Question No. 4:**  Without duplicating the damages you found in Question No. 2, what do

2   you find is the amount of additional damages, if any, that Lacey is entitled to as a result

3   of the tortious interference?

4   _____

5     **C.  LACEY'S FRAUDULENT TRANSFER CLAIMS**

6   **Question No. 5:**  Do you find that Lacey has proved its fraudulent transfer claim against

7   Wholesale Sports?

8       Yes:  _X_____

9       No:  _____

10   *If you answered "yes" to Question No. 5, proceed to Question No. 6.  If you answered*

11   *"no" to Question No. 5, skip Question Nos. 6 through 13 and proceed to Question No.*

12   *14.*

13   **Question No. 6:**  Do you find that Lacey has proved its fraudulent transfer claim against

14   UFA?

15       Yes:  _X_____

16       No:  _____

17   *If you answered "yes" to Question No. 6, proceed to Question No. 7.  If you answered*

18   *"no" to Question No. 6, skip Question No. 7 and proceed to Question No. 8.*

19   **Question No. 7:**  What do you find is the amount to which Lacey is entitled as a result of

20   its fraudulent transfer claim against UFA?

21       _5,218,493.35_____

22

VERDICT FORM - 3

1    **Question No. 8:**  Do you find that Lacey has proved its fraudulent transfer claim against

2    Sportsman?

3          Yes: ___✕___

4          No: _____

5    *If you answered "yes" to Question No. 8, proceed to Question No. 9.  If you answered*

6    *"no" to Question No. 8, skip Question No. 9 and proceed to Question No. 10.*

7    **Question No. 9:**  What do you find is the amount to which Lacey is entitled as a result of

8    its fraudulent transfer claim against Sportsman?

9          ___5,218,493.35___

10   **Question No. 10:**  Do you find that Lacey has proved its fraudulent transfer claim against

11   Alamo?

12         Yes: ___✕___

13         No: _____

14   *If you answered "yes" to Question No. 10, proceed to Question No. 11.  If you answered*

15   *"no" to Question No. 10, skip Question No. 11 and proceed to Question No. 12.*

16   **Question No. 11:**  What do you find is the amount to which Lacey is entitled as a result

17   of its fraudulent transfer claim against Alamo?

18         ___5,218,493.35___

19   **Question No. 12:**  Do you find that Lacey has proved its fraudulent transfer claim against

20   Mr. Gaube?

21         Yes: ___✕___

22         No: _____

VERDICT FORM - 4

1 *If you answered "yes" to Question No. 12, proceed to Question No. 13.  If you answered*

2 *"no" to Question No. 12, skip Question No. 13 and proceed to Question No. 14.*

3 **Question No. 13:**  What do you find is the amount to which Lacey is entitled as a result

4 of its fraudulent transfer claim against Mr. Gaube?

5 <u>5,218,493.35</u>

6 **D. BURLINGTON'S BREACH OF CONTRACT CLAIM**

7 **Question No. 14:**  Do you find that Burlington has proved that Wholesale Sports

8 breached its contract with Burlington?

9 Yes:  X

10 No:  _____

11 *If you answered "yes" to Question No. 14, proceed to Question No. 15.  If you answered*

12 *"no" to Question No. 14, skip Question Nos. 15 through 17 and proceed to Question No.*

13 *18.*

14 **Question No. 15:**  What do you find is the amount of damages that Burlington is entitled

15 to as a result of Wholesale Sports' breach of the contract?

16 <u>6,668,255.94</u>

17 //

18 //

19 //

20 //

21 //

22 //

VERDICT FORM - 5

**E. BURLINGTON'S TORTIOUS INTERFERENCE WITH CONTRACT CLAIMS**

**Question No. 16:** Do you find that Burlington has proved that any of the following defendants tortiously interfered with Burlington's contract with Wholesale Sports?

| | Yes | No |
|---|---|---|
| UFA: | X | |
| Alamo: | X | |
| Mr. Gaube: | X | |

*If you answered "yes" to Question No. 16 with respect to any defendant, proceed to Question No. 17. If you answered "no" to Question No. 16 with respect to all defendants, skip Question No. 17 and proceed to Question No. 18.*

**Question No. 17:** Without duplicating the damages you found in Question No. 15, what do you find is the additional amount of damages, if any, that Burlington is entitled to as a result of the tortious interference?

_____Ø_____

**F. BURLINGTON'S FRAUDULENT TRANSFER CLAIMS**

**Question No. 18:** Do you find that Burlington has proved its fraudulent transfer claim against Wholesale Sports?

Yes: X

No: _____

VERDICT FORM - 6

1  *If you answered "yes" to Question No. 18, proceed to Question No. 19.  If you answered*

2  *"no" to Question No. 18, skip the remaining questions, sign and date the jury form, and*

3  *notify the courtroom deputy that you have reached a verdict.*

4  **Question No. 19:**  Do you find that Burlington has proved its fraudulent transfer claim

5  against UFA?

6       Yes:  __X__

7       No:  _____

8  *If you answered "yes" to Question No. 19, proceed to Question No. 20.  If you answered*

9  *"no" to Question No. 19, skip Question No. 20 and proceed to Question No. 21.*

10  **Question No. 20:**  What do you find is the amount to which Burlington is entitled as a

11  result of its fraudulent transfer claim against UFA?

12      6,668,255.94

13  **Question No. 21:**  Do you find that Burlington has proved its fraudulent transfer claim

14  against Sportsman?

15       Yes:  __X__

16       No:  _____

17  *If you answered "yes" to Question No. 21, proceed to Question No. 22.  If you answered*

18  *"no" to Question No. 21, skip Question No. 22 and proceed to Question No. 23.*

19  **Question No. 22:**  What do you find is the amount to which Burlington is entitled as a

20  result of its fraudulent transfer claim against Sportsman?

21      6,668,255.94

22

1  **Question No. 23:**  Do you find that Burlington has proved its fraudulent transfer claim

2  against Alamo?

3       Yes: ___X___

4       No: _____

5  *If you answered "yes" to Question No. 23, proceed to Question No. 24.  If you answered*

6  *"no" to Question No. 23, skip Question No. 24 and proceed to Question No. 25.*

7  **Question No. 24:**  What do you find is the amount to which Burlington is entitled as a

8  result of its fraudulent transfer claim against Alamo?

9       6,668,255.94

10  **Question No. 25:**  Do you find that Burlington has proved its fraudulent transfer claim

11  against Mr. Gaube?

12       Yes: ___X___

13       No: _____

14  *If you answered "yes" to Question No. 25, proceed to Question No. 26.  If you answered*

15  *"no" to Question No. 25, skip Question No. 26, sign and date the jury form, and notify*

16  *the courtroom deputy that you have reached a verdict.*

17  **Question No. 26:**  What do you find is the amount to which Burlington is entitled as a

18  result of its fraudulent transfer claim against Mr. Gaube?

19       6,668,255.94

20  //

21  //

22

1   *Please sign and date this form, and notify the courtroom deputy that you have reached a*

2   *verdict.*

3       Dated this _____9_____ day of March, 2015

4

5

6                                                           Presiding Juror

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

VERDICT FORM - 9