UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LACEY MARKETPLACE ASSOCIATES II, LLC,<br><br>Plaintiff,<br>v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LTD, et al.,<br><br>Defendants. | CASE NO. C13-0383JLR<br><br>ORDER DIRECTING STATEMENTS |
| BURLINGTON RETAIL, LLC,<br><br>Plaintiff,<br>v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LTD, et al.,<br><br>Defendants. | CASE NO. C13-0384JLR |

Before the court is the order of the United States Circuit Court of Appeals for the Ninth Circuit affirming in part, reversing in part, and remanding this matter to this court.

ORDER - 1

| | |
|---|---|
| 1 | (*See* USCA Order (Dkt. # 285); *see also* 5/21/15 Order (Dkt. # 241); 7/30/15 Order (Dkt. |
| 2 | # 272)).) The Ninth Circuit affirmed: (1) the court's grant of summary judgment to |
| 3 | Defendant Sportsman's Warehouse, Inc. ("Sportsman") on the tortious interference claim |
| 4 | (USCA Order at 2-3); (2) the court's ruling that the Lacey Marketplace Associates II |
| 5 | ("Lacey") and Burlington Retail, LLC's ("Burlington") (collectively, "Plaintiffs") |
| 6 | damages do not need to be offset by the rent that they received from the replacement |
| 7 | tenants (*id.* at 5); (3) the court's ruling that changes in the value of the Plaintiffs' |
| 8 | properties did not affect the damages owed (*id.*); and (4) the court's holding that the |
| 9 | Plaintiffs were not entitled to prejudgment interest (*id.* at 6-7). The Ninth Circuit |
| 10 | reversed the court's grant of judgment as a matter of law to Sportsman on the Uniform |
| 11 | Fraudulent Transfer Act claim but left undisturbed the court's conditional grant of a new |
| 12 | trial. (*Id.* at 3-5.) |

Having received the mandate from the Ninth Circuit (USCA Mandate (Dkt. # 286)), the court DIRECTS the parties to file, either jointly or separately, a statement on the status of this case. The statement or statements should detail what issues, if any, remain, and what next steps ought to be taken. The parties shall do so with ten (10) days of the entry of this order.

Dated this 16th day of January, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2