Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LACEY MARKETPLACE ASSOCIATES II, LLC,<br><br>        Plaintiff,<br> v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LTD., et al.,<br><br>        Defendants. | Case Nos. C13-0383JLR,<br>      C13-0384JLR<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM SATISFIED JUDGMENTS UNDER FRCP 60(b)(5) AND FOR RELEASE OF BONDS |
| BURLINGTON RETAIL, LLC,<br><br>        Plaintiff,<br> v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LTD., et al.,<br><br>        Defendants. | |

  Before the Court is the parties' Stipulated Motion for Relief from Satisfied Judgments under FRCP 60(b)(5) and for Release of Bonds. Having considered the parties' Motion and the accompanying Notice of Satisfaction of Judgments, the Court hereby finds that the

(~~PROPOSED~~) ORDER GRANTING JOINT
MOTION FOR RELIEF FROM SATISFIED
JUDGMENT UNDER FRCP 60(b)(5) AND FOR
RELEASE OF BONDS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

500972953 v2                                      01/18/2018

judgments entered on July 30, 2015, (Dkt. ## 273, 274) have been satisfied, and that there is thus no further need for bonds to secure the judgments.

Accordingly, the Court ORDERS as follows:

- The parties' Stipulated Motion for Relief from Satisfied Judgments under FRCP 60(b)(5) and for Release of Bonds is GRANTED.
- UFA is hereby RELIEVED from the final judgments.
- The obligations of UFA as principal and of Westchester Fire Insurance Company as surety on Bond No. K09201506 (Dkt. # 262-1 at 2) and Bond No. K09201543 (*id.* at 6) are hereby RELEASED.

It is so ORDERED this 19th day of January, 2018.

The Honorable James L. Robart
U.S. District Court Judge

(PROPOSED) ORDER GRANTING JOINT
MOTION FOR RELIEF FROM SATISFIED
JUDGMENT UNDER FRCP 60(b)(5) AND FOR
RELEASE OF BONDS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

500972953 v2    01/18/2018

Presented by:

K&L GATES LLP

By  s/ Daniel-Charles V. Wolf
   Robert B. Mitchell, WSBA # 10874
   Daniel-Charles V. Wolf, WSBA # 48211
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580

*Attorneys for Defendant United Farmers of Alberta Cooperative Ltd.*

GORDON TILDEN THOMAS & CORDELL LLP

By  s/ Matthew F. Pierce
   Jeffery I. Tilden, WSBA # 12219
   Matthew F. Pierce, WSBA # 34019
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone: (206) 467-6477

*Attorneys for Plaintiff Lacey Marketplace Associates II, Inc.*

RYAN, SWANSON & CLEVELAND, PLLC

By  s/ Roger J. Kindley
   Roger J. Kindley, WSBA # 11875
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 464-4224

*Attorneys for Plaintiff Burlington Retail, LLC*

---

(~~PROPOSED~~) ORDER GRANTING JOINT MOTION FOR RELIEF FROM SATISFIED JUDGMENT UNDER FRCP 60(b)(5) AND FOR RELEASE OF BONDS

500972953 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022
01/18/2018