The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LACEY MARKETPLACE ASSOCIATES II, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LIMITED, et al.,<br><br>Defendants. | NO. 2:13-cv-00383-JLR<br>NO. 2:13-cv-00384-JLR<br><br><s>PROPOSED</s> ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL OF ALL REMAINING CLAIMS WITH PREJUDICE |
| BURLINGTON RETAIL, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FARMERS OF ALBERTA COOPERATIVE LIMITED, et al.,<br><br>Defendants. | |

Before the Court is Plaintiffs' motion under Fed. R. Civ. P. 41(a)(2) for dismissal of its remaining fraudulent transfer claims against Sportsman's Warehouse, Inc., with prejudice and without any further award of costs or attorneys' fees to any party. (Mot. Dkt. #291).) All other claims in the action have been fully resolved and satisfied. Therefore, the Court finds that the Motion should be GRANTED. Plaintiffs' claims against Sportsman's Warehouse under the Uniform

<s>PROPOSED</s> ORDER GRANTING PLAINTIFFS'
MOTION FOR DISMISSAL OF ALL REMAINING
CLAIMS WITH PREJUDICE - 1
NO. 2:13-cv-00383-JLR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-0502
PHONE (509) 777-1600  FAX (509) 777-1616

52933576.1

1  Fraudulent Transfer Act, RCW Chapter 19.40 are hereby dismissed with prejudice, and with
2  each party to bear its own costs and attorneys' fees.
3      The Clerk is directed to file this Order and close the file.
4
    IT IS SO ORDERED this 26th day of January, 2018.

_____
The Honorable James L. Robart
U.S. District Court Judge

~~PROPOSED~~ ORDER GRANTING PLAINTIFFS'
MOTION FOR DISMISSAL OF ALL REMAINING
CLAIMS WITH PREJUDICE - 2
NO. 2:13-cv-00383-JLR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-0502
PHONE (509) 777-1600  FAX (509) 777-1616

52933576.1